IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH F. WOLFE,** | * |
| **Plaintiff,** | * |
| vs. | *   CIVIL ACTION NO. 16-00103-WS-B |
| **TERRY OLIVER,** | * |
| **Defendant.** | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED** without prejudice for failure to comply with the Court's Order and to prosecute this action.

**DONE** this 17th day of June, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**