# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSPEH F. WOLFE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 16-00103-WS-B |
| | * |
| **TERRY OLIVER,** | * |
| | * |
| | * |
| Defendant. | * |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that that this action is **DISMISSED** without prejudice for failure to obey the Court's Order and to prosecute this action.

**DONE** this 17th of June, 2016.


s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**